CLL

**RECEIVED**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MAR 17 2008 *aw*
MAR 17 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Paul Smith

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C.C. Doc
% J.H. StRoGeR
% T. StRoGeR
% SheRiff M. Sheⱥⱥ
% SheRiff T. DaRt
% Div 11 Supt Mcguⁱ Cheif

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**08CV1557**
**JUDGE ZAGEL**
**MAGISTRATE JUDGE DENLOW**

Case ~~No.~~
(To ~~be supplied by the Clerk of this Court~~)

**CHECK ONE ONLY:**

_____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

__X__  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I.  Plaintiff(s):**

Revised:  7/20/05

A. Name: _Paul Smith_

B. List all aliases: _____

C. Prisoner identification number: _B52357_

D. Place of present confinement: _Menard il C.C._

E. Address: _P.O. Box 711 62259_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _J.H. Stroger J.R._

   Title: _Time of incident Cook County Broad Presid—_

   Place of Employment: _Cook County Board_

B. Defendant: _T. Stroger_

   Title: _New Appointed Cook County Broad President_

   Place of Employment: _Cook County Board_

C. Defendant: _Sheriff M. Shean or Omatt oct 05_

   Title: _Cook County Sheriff in oct 05_

   Place of Employment: _Cook County Sheriff office_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

℅ Sheriff T. Dart
Cook County Sheriff
Cook County Sheriff office

℅ Supt. McGris——
Cook County D.O.C  Div 11 Superintendent oct,19,05
Cook County D.O.C

℅ The Chief At the time Oct 19,05
in charge of Security of Div 11 oct 19,05
CC. DoC.

       The Above names was either in
office At/on oct 19,2005 day of Attack
OR And took the Responeribity of
those offices since day of Attack.
And November 2006 day of Stabbing.
They Are included only because there
Job entitle me to A safe stay while/
in custody At C.C. D.O.C. They were
There were Negligence OR And lack
of due care in causing my injury. There
Lack of duty cause my injury

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (✓)  NO (  )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (✓)  NO (  )

C.    If your answer is **YES**:

1.    What steps did you take?

I file seveRal to the CounsleR, Supt And Cheif of div 11

2.    What was the result?

I neveR Got A Respond

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

The gRievance was neveR AppeAl because it was neveR Resolved.

D.    If your answer is **NO**, explain why not:

Because no one Responded to the gRievance.

3

Revised:  7/20/05

E.     Is the grievance procedure now completed?  YES ( ✓ )  NO ( )

F.     If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )

G.     If your answer is **YES**:

     1.     What steps did you take?



     2.     What was the result?



H.     If your answer is **NO**, explain why not:



4

**IV.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: _____

_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D. List all defendants: _____

_____

_____

_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

_____

G. Basic claim made: _____

_____

_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

**V.     Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 10·19·05 Plaintiff WAS BRutly Attacked by four to Six inmates After Returning from the in house Med Unit in div 11. J.H. STRoger WAS the Appointed President of the Cook County Board. After his Retirement do to A Medical Leave he WAS Replace by T. STRoger, They Were Responsible for All City Administration including the Cook County Sheriff department Cook County Jail. Then/10·19·05 Sheriff M. Sheah Now Sheriff T. Dart In Div 11 on Above date About 3:30 P.m. After being Approached by four to Six inmates that had broken out there Cell because After the hazen/Attack WAS OVER the Cheif had the Sheriff to See Who WAS Assigned out there Cell. No·one WAS in day Room. A Inmate who witness every thing told Sheriff they did break Out. But he would not tell who, because he feared for his Safty in P.C.

Revised:  7/20/05

There was suppose to be A officer
Assign to the wing but the only officer on
duty was in the tower. He was unable to Monitor,
All four wings. When I Returned from the in
house Med unit the tower officer unlock the
Wing door from tower And Ordered Me on to wing
After I got on wing And was having A Conversation
with Mr. Crawford And his Neibor, waiting for the wing
officer to come And lock Me in the cell. I was Approached
from behind, with no warning. I was beaten by fist
Kicked And Stumped, Whestled Slamed to the ground
Whestled hard. They Made Remarks; get him they
hate Gay People because Gay People Carry Aids.
The beaten did not Stop. My Pants were Pulled
down in A Attempt to take My Shoes. I Asked
for help they tryed to take My Clothes. One of
them Suggested Killing me. At least 10 minutes
had Passed. A nurse was coming on the wing to
Pass out Meds to the wing. I Remember being
Able to Pull My Pants up And Wipe off the urine
i defecate on the back of My hand. One of them
had A Ketch up bottle which he used to Spray

**VI.    Relief:**

7

During the Attack. I was Able to Make it to the front door were I passed out unconscious the Ambulance was called they Rushed Me to John H. Stroger JR. Hosp of Cook County Trauma Unit Act # 0189554561 MR# 00931723 5C The beaten took place in Protective Custody Part of Jail. Wing A·C Inv. Batter badge # 193 Cook County Sheriff Police took pictures and filed information. He left A Phone number to contact him. In November 2006, Again I was Attacked the Gangs said I had to pay them Rent. I said I Would tell Police. I was Stabbed twice in the face with what felt like A Sharpe pointed ice pick. I had to get Seven different Stitch. I filed grievance but nothing was done. I have Medical Record At Cermack of injuries. I wrote the Supt of div 11 And the Cheif, telling them About how the inmates were breaking out there cells, sharping knives, displaying knives, officers not staying on duty or And walking Around during checks on the cells, which should have been every 15 min. No one Responded. Before the Attacked, even happened.

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

Relief being soRt foR bY And
thuR this CouRt is $3,000,000°° OR And
MonetaRY. And Plaintiff Would like Case
tRied bY A JuRY

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief. I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this 12 day of 10 , 20 07

OctobeR 12, 2007

(Signature of plaintiff or plaintiffs)

Paul Smith
(Print name)

B52357
(I.D. Number)

Post office Box 711
MenaRd, Illinois 62259

(Address)

8                                        Revised: 7/20/05