**FILED**
MAR 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV1557
JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW

Please Recognize/Concider this letter as a attemp, to follow the order of the ~~first district~~ U.S. District Court Northern District of il, Eastern Division 219 S. Dearborn. This is my first time, I don't have a docket number or and case number. I am not sure if I will be appointed Counsel at this point. I have enclosed; Motion for Appointment of Counsel, A financial Affidavit and two Copies of the Complaint.

It's impossible for me too send Copies of the Exhibits that will be used in trail because they have to be Summon for, I don't have a case number yet. I will inclose a list.

Ⓐ Medical files from Stabbing Nov, 2006 from Cermack health Service / 2800 S. California Ave.
Ⓑ Medical files from J.H. Stroger Jr. Hosp.
Ⓒ Pictures tooken by Inv. Ratter of the Cook County Police.
Ⓓ Grievance and letters filed, Request for Cermack.
Ⓔ Proof/Verfication of Protection Cus Policy