Paul Smith
- vs -
C.C. Doc, et al.

Judge Zagel
Magistrate Judge Denlow
Case Number: 08CV1557

FILED
MAR 27 2008
Mar 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I would like to Petition your Magistrate, this Court, for following... / And as friend of Court.

Ⓐ A address of Counsel for defendants.

Ⓑ USM 285 or and Summons, so Plaintiff can Summon by filing friend of Court the following information. [9 Summon Please]

I. div 11 in-House med-line for 10-19-05 / What time Plaintiff signs in/out

II. div 11 Wing A-C, to see if Anyone else was Signed out of there Cell on 10-19-05; At time Plaintiff was order on to Wing. I need to Request/Summon the sign out/in form for that day.

III. Name of Nurse Passing out meds the Sign Sheet Schedule for div 11 10-19-05 from med unit

IV. Trauma Unit from John H. Stroger Jr. Hosp of Cook County. Records 10-19-05

V. Pictures tooken by Cook County Sheriff Police of Plaintiff After Accident. Investergator Ratter badge #193

VI. Med Records from Cermack, Cook County Jail from November 2006, With Records of Stitche de Plaintiff Recieved from Cermack Med Unit.

VII. Officers / Cook County Sheriff Assigned to Wing A.C 3-11 P.m. Sift 10·19·05; Chief of div. 11 10·19·05.

VIII. As friend of Court, Please Can i Request A Investergator to take Pictures of Wing to Show Office that Sheiff Should have been in before ordering me onto Wing; that was Put there With the purpose in mind to observe Activ— on Wing And tower. No·one enforced or and Covered officer Assigned to Wing, for what every Reason, He was not there or And A officer. Defentdant filied Indigent

I Paul Smith, swear under Penalty of Perjury that I served A Copy of the Attached document; By Placing them in mail At Menard C.C. P.O. Box 711 on 3-20-08

P_____
3-20-08