FILED

APR - 7 2008

APR 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Paul Smith V. C.C. Doc, et al

Answer/Reply to Docket Entry Text from hearing on 3/25/08. Case # 08CV1557

Plantiff is seeking money damages because Plantiff know listed Persons were on duty or And Are on duty or took the Responeribity of those offices. And these Acts of Omission to uphold how the offices they Are in Should enforce the Prison Policy that would Protect A Violation of the equal Protection Clause of the fourteenth Amendment And the eight Amendment. By having or And enforcing A Prison officer to be on duty that could have Prevented the Attack from happening; Or ~~interven~~ intercept/stop one ~~from~~ when it happened. Crowder V. Lash 687 f. 2d 996 (7th Cir, 1982) ; Right to Remedies

If Court Allow Claim to be Continued/Prolong, Can I Very Please have A Jury trail. Plaintiff doesn't want to offset Any thing