ONLY Plaintiff: Reply to Docket Entry
Case # 08CV1557 Paul Smith
Plaintiff:

FILED
APR - 7 2008
APR 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

did not understand, why this Court would Motion to Submitte A finding of fact And Conclusion of law, when the Statement of Claim, Instructions said not to include Any legal Arguments or Cite Any Cases or Statutes, Plaintiff only under stood Just to write briefly As Possible, facts of Case. I did not try to stop the Schedule by following the order on the Complaint, Maybe the form should be Revised, I only followed the order on form.

However Plaintiff will follow this Courts order. Plaintiff would like to Ask the motive of Such motion, was it due to Malicious because Plaintiff explained what happen during the two Attacks And have Pictures And medical Record to show my Rights were Violated while in Custdy of the Cook County D.O.C. And the name people were/Are in Charge of the department or and my safety.