**FILED**
APR 1 4 2008
Apr 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STATE OF ILLINOIS ) 
) SS   Case # 08 C 1557
COUNTY OF COOK )

## AFFIDAVIT

I, Paul Smith, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: If the Court would consider the original complaint, not the request for forma pauperis, you will see they were filed on time. Plaintiff did everything he could to reach the deadline with the forma pauperis. The Cook County Jail counselor filled out the request for trust fund account late. By me transferring from two facilities. Stateville NRC to Menard. The forms for forma pauperis and motion for counsel are late. I had to wait on authorization to send forma pauperis. Sorry about filing request for counsel & forma pauperis late. Authorization from Menard Corr. Center trust fund department. Defendant has been formally advised by this court on March 25, 2008 about how case should be handled at this point after being granted leave in case. The complaint is/was filed on time. Plaintiff need to be instructed from court on why the complaint is being withheld from being with heard or and bar time-barred. I sent complaint in to Prisoner Correspondence on 219 South Dearborn Street. The Request for forma pauperis has been approved, that's what was sent pass the two years not the complaint sir. Please sir take the above request into court.

Page 1 of 2

Affidavit (continued) Page 2 of 2

fair

Judge James B. Zagel, Plaintiff don't see it fair to time bar case number 08V1557 Because the forma pauperis is late And then approve the forma pauperis The copy I have ~~~~~~~~~~~~ was filed with your office /Prisoner correspondence ~~~~~~ before two years If Court need I have Additional copies

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __4__ day of __4__, 2008.

_____
Affiant