**FILED**
APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge: James B. Zagel Copies

Paul Smith
vs
Cook County Sheriff

Case # 8·C·1557

## Motion to Consider Relief Request by Preponderance of Evidence

Plaintiff would like to Request A Relief/Offer from State, Because State Actors knew About the need to Move Plaintiff before Stabbing Pope V. Shafer C.A.7 (il) 1996, 86 f. 3d 90. Plaintiff have As Evidence A Grievance to the Division Counseler with instruction on it to forward A Copy to the Division Supt. that Counseler Signed Stating he had forward A Copy before Stabbing And medical Records showing two incise Wounds from what could have been A ice Pick And Several Stitches Recieved by Plaintiff. And A letter/Noterized Asking to be Moved because fear of being Stabbed before Stabbing. Which Prove Violation of eight ; fourteenth Amendment Plaintiff was depraved Rights



Officials failure to Respond Reasonably theres no Evidence Records, Statements to Counseler, Plaintiff or Plaintiff family About A Move before Stabbing. Correctal officer failed the nature of there obligation by not being on duty day of Stabbing. No good faith to Ajust Situration. State Actors Knew before Stabbing Supt, Counseler Puckett And officer On duty.