Judge: James B. Zagel COPY

Paul Smith / Case # 8·C·1557
vs
Cook County Sheriff

**FILED**
APR 1 5 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff would like the Court to Consider the following exhibits or And Would Request for Summons for following exhibits to be Presented As c

I  Summon Med Records from Month of Dec 2006, to verify defendant Received Several Stitches After being Stabbed twice in face. To Show Plaintiff incised wounds to face. from Cermack health care 2800 S. California Ave Chi, il 60608.

II  Plaintiff Would Present As exhibits Grievance filed And Signed by A Case Worker/A Record, Proof that the Division Supt. Counseler know About Stabbing two weeks before it happen, And did nothing to Adjust it, Plaintiff exhausted all Remedies to Move to be Safe, before Stabbing.

exhausted All Remedies to Move to be Safe, before Stabbing.

III. Plaintiff would like to Present As A Exhibit A letter Notery/Noterized by A Clerk from law library At Cook County Jail. The letter is Address to the Supt And Chief Stating I feared being Stabbed. And I had been Robbed And Jump on. threaten At Knife Point. to Show that the Supt: Chief Condone, which Mean Pardone/did not Respond for what every Reason to Grievance or And letter.

IV. Copies of Commsary Receipt Showing defendant had Commsary before being Robbed.

V. A Noterized letter to Chief Miller of div 9 Protective Custdy Program Showing he Allowed Plaintiff in One-man unit After being depraved Equal

Protection by State Actors, And After Stabbing. And A copy of the eight And fourteenth Amedment which is the Soul of Case Being depraved of my Rights not so much of the injuries by State Actors which Make State liable Higgin V. Johnson.

A motion to Stipulate Prior Convictions if i Pick A Juror. A motion to Stipulate to Juror that ~~defendant~~ Plainiff beleiveability Should be based on facts/Evidence.

Case Citi:
Pope V. Shafer
Talls V. Nesbitt
Williams V. Mueller
Higgin V. Johnson