UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR 15 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Paul Smith

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County
Sheriff
Supt
Unknown officers
Counseler Puckett

Case No: 08-C-1557
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Amended Complaint

CHECK ONE ONLY:

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Paul Smith

B. List all aliases: _____

C. Prisoner identification number: B52357

D. Place of present confinement: Menard Corr Center

E. Address: P.O. Box 711 Menard il, 62259

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Cook County Sheriff

   Title: Sheriff

   Place of Employment: CC/DOC Sheriffs

B. Defendant: Counseler Puckett

   Title: Counseler

   Place of Employment: C.C.D.O.C

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: ___/⊗___

B. Approximate date of filing lawsuit: ___⊘___

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
___⊘___

D. List all defendants: _____
___⊘___

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: ___⊘___

G. Basic claim made: _____
___⊘___

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___⊘___
___⊘___

I. Approximate date of disposition: ___⊘___

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff was trying to mind his business once Placed in Div one After A Administation move from Div II, waiting to be placed on the Peer Pressure And Support group teir.

Plaintiff was Returning from dayRoom After Noticing No office in/At his Post. Plaintiff looked down the Catway And did not see A officer to Re Assure the Safty.

Someone grabbed/Attacked me from the Side without warning. I was dizzy from the blow later on I was told it was A SRub bRush from the Shower.

Not being Able to Maneuver for Help I started filling Someone grab me from behide, then the unquestable happen, I was Poked twice in the face with A Sharp obJect. What Could have been A Ice Pick.

I was Puncured once Above my left eye And once Right below my bottom lip. Making my bottom two front teeth the only thing Preventing A tongue or Throat blow.

The Sergent later Stated Someone Anonymous had got in touch with Someone from the other Wing, officer Post. After I had been Stabbed twice. I was treated by medical Personal And giving Several Stitch And Ice Packs for the Swelling of my face And Ears : head. Blood was Just All over the Place my mom : Dad Shook there head with Amazment. Defendent Couldn't eat for A number of days only drink water do to Pain.

Plaintiff made several attemps to be moved. before being stabbed. Plaintiff noterfyed Counsler who had Plaintiff to file a grievance which he stated he had forward to division/Supt. I still have the copy from Counsler Mr. Puckett.

Plaintiff also talked with Police/Sheriff telling him what had happened and Plaintiff need to be moved because they got knives on wing and might try to stab me. But Police was not in day room as Post. The Nature of obligation. If he was on Post. I would not have got stabbed.

Plaintiff Aunt and Grandma called to try and have Plaintiff moved, day of stabbing. Police Sheriff never allowed me to pick the offenders out of the line up Photo book as promised, I was sent to P.C. and never heard from anyone.

V.  **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Plaintiff is seeking Punitive damages And Pain And Suffering for the Sum of $1,500,000.00 1.5 millon Dollars And most of all Violation of my Civil Right/ or And deprivation

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  5  day of  4 , 20 08

_____
(Signature of plaintiff or plaintiffs)

Paul Smith
(Print name)

B52357
(I.D. Number)  P.O. Box 711
            Menard il, 62259
(Address)

6                                   Revised 9/2007