Paul Smith / Plaintiff                    4·18·08 RR.

   VS                              08·C·1557

Cook County Sheriff /

        **FILED**                    Judge J. B. ZAGel
                                          COPY
    APR 3 0 2008                 Summon Request
    Apr 30, 2008
   MICHAEL W. DOBBINS          [MeRCY of the COURt Please]
 CLERK, U.S. DISTRICT COURT          N·W Key
                       Plaintiff will like to Ask
Court Judge James B ZAGel to Summon
Menard law libRARY list to See I was
on line to Have Copies of Exhibits
to Attach to otheR two Amend
ComPlaints But Menard on lock
down. I will PAY YouR CleaR foR
        [small note the dead line is 4,25,08]
Additional Copies, At the Copy desk
Please send the PRice And i'll send A
Check, If it's going to DelAY Moving
foRWARd. I tRYed to Have otheR
Copies SiR, If Not SiR
I will be foRce to Just
StaRt the ComplaintoveR, Not being
Rule. BefoRe two leas toRt