HHN

Judge James B Zegal
COPY

Paul Smith V C.C. Sheriff

08·C·1557 / 5·6·08

08cv1557

**FILED**

5-12-2008

MAY 1 2 2008  MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Court Clerk:
Motion for Summons

Plaintiff Would like to Petition Clerk for following.

(A) four Summons/USM 285 to summon for Med Records from 2800 S California Ave Chicago, il 60608 Cermack Health Care Records from 11/06 And 12/06.

(B) four Summons/USM 285 to Summon Cook County Jail 2600 S. California Ave Chicago il 60608 for Any Reports Written by Cook County Sheriff About Incident to show no Disciplinary Report Had been Written because I Have to Prove Police/Sheriff Was not At Post. If He Was there Would be A Report And Offenders Apprehended. Sheriff Never Call Someone to Cover his Post if on Break or Wash Room, Etc Sheriff Rule Book. 8: Summons/USM 285