# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | JAMES B. ZAGEL | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1557 | **DATE** | 5/19/2008 |
| **CASE TITLE** | Paul Smith (#B-52357) vs. J.H. Stroger, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's requests for summonses [# ] is denied. Discovery materials are not obtained by way of motion or summons. Rather, the plaintiff should serve discovery requests upon defense counsel once an attorney enters an appearance for the defendants. *See* Fed. R. Civ. P. 26. The court does not become involved in the discovery process unless unresolvable conflicts arise between the parties.

■ **[Docketing to mail notices.]**

mjm