UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1557 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | James Zagel |
| COOK COUNTY SHERIFF, SUPT, | ) | |
| UNKNOWN OFFICERS, | ) | |
| COUNSELOR PUCKETT, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   Mr. Paul Smith
      B-52357
      Menard - MND
      P. O. Box 711
      Menard, IL 62259

**PLEASE TAKE NOTICE** that on June 3, 2008 at 10:15 a.m., I shall appear before the Honorable Judge James B. Zagel in the courtroom usually occupied by him in Room 2503 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendan's Motion to Strike Plaintiff's Complaint.*

                                          Respectfully Submitted,
                                          RICHARD A. DEVINE
                                          State's Attorney of Cook County

By:   /s/Sarah M. Burke _____
      Sarah M. Burke
      500 Richard J. Daley Center
      Chicago, Illinois 60602
      (312) 603-4320

### CERTIFICATE OF SERVICE

    I, Sarah M. Burke Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on May 29, 2008, electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                          /s/ Sarah M. Burke _____
                                          Sarah M. Burke