Honorable Judge James B. Zagel COPY

Paul Smith

V

Cook County Sheriff, Supt
Unknown Officers
Counselor Puckett

FILED
JUN 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1557

Honorable Judge James Zagel

Motion to Strike defense Counsel Motion.

On June 2, 2008 Plaintiff was serve a notice from State's Attorney of Cook County Richard A. Devine & Sarah M. Burke. The Motion was to Strike Plaintiffs Complaint. State's Attorney of Cook County felt/beleaved Court needed to Strike Plaintiffs Complaint or in the Alternative for a more definite statement, because Plaintiff had no or and showed no violation of a Constitutional Rights. He also mention the amount being relief, which was irrevelant to his claim of Plaintiff not have a Constitutional claim. Plaintiff has a copy of a hearing, conducted on Apr 29, 2008 the docket states as following: The Court finds that the Complaint states a Colorable Cause of Action Under the Civil Rights Act. And gave two Case Cite Reasonable Steps to protect inmates from Assault Birch v. Jones No 02C2094; Goka v. Bobbitt, 862 f.2d 646, 649. That defendants must respond to the Allegations. Defendants did not respond to the Allegations. Mr. Devine responds. Page four of Amend Complaint state for

Plaintiff not to give any legal arguments or cite any cases or and statutes. Mr. Devine Reference to specific Constitutional Standard, this Court has found A Colorable Cause Standard that is Constitutional under the Civil Right Acts under 28 U.S.C 1915A. I'm Sure Your Honor has A Colorable Cause Standard that is Constitutional. Having Passed two Bar Exams, Plaintiff is Asking for A Republic form of Goverment. Plaintiff has Considered A New Relief Amount lesser which I would like to enter in the Summary Judgement. Plaintiff was Approved by this Court to have A Colorable Cause unless Mr. Devine is Saying this Court/Judge didn't know what He was doing by making or and granting the Amend Complaint. Mr Devine I beleave is Asking for A Verdict because the Judge Wouldn't Make A Mistake in his Ruling because the Constitution doesn't Contradict itself. A Verdict has to be Made by A Judge/Juror At trail. The officer never Made Any Reasonable Steps to help Protect Plaintiff from being Stabbed After Plaintiff warn him At Count time About the Knives And threats. Plaintiff warn him, came out to Post, officer was not At Post Plaintiff was Attacked then, Stabbed twice in face. No Record exist of A Reasonable Respond from officer. Mr. Devine did not Piont out Any issues with other State Actors Named in Complaint. Plaintiff doen't beleave Your Honor would Make A Mistake in his Ruling, As Stated by this Motion to Strike Complaint Plaintiff Recieved A Affixed Seal And Copy of Amend Complaint May 1, 2008 / Certified Copy

[Cont on Back]

Mr. Devine must be unaware of the standard that this Court / U.S. District Court have. Before allowing any complaint in to Court, a color code of cause must be found. Unlike the Circuit Court. Before it's any findings.