## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PAUL SMITH,                )  | |
|                            )  | |
|    Plaintiff,              )  | 08 C 1557 |
|                            )  | |
|    v.                      )  | Honorable Judge |
|                            )  | James Zagel |
| COOK COUNTY SHERIFF, SUPT, )  | |
| UNKNOWN OFFICERS,          )  | |
| COUNSELOR PUCKETT,         )  | |
|                            )  | |
|    Defendants.             )  | |

### NOTICE OF FILING

TO:   Mr. Paul Smith
      B-52357
      Menard - MND
      P. O. Box 711
      Menard, IL 62259

PLEASE TAKE NOTICE that on this 24th Day of June 2008, I caused to be filed with the United States District Court for the Northern District of Illinois, *DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION TO STRIKE*, a copy of which is attached hereto and served upon you herewith.

                                        Respectfully submitted,
                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County
                              By:       */s/Sarah M. Burke*
                                        Sarah M. Burke
                                        Assistant State's Attorney
                                        500 Richard J. Daley Center
                                        Chicago, IL 60602

### CERTIFICATE OF SERVICE

I, Sarah M. Burke, Assistant State's Attorney, hereby certify that I mailed copies of the aforementioned to the above person by placing them in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois, 60602, postage prepaid on June 24, 2008.

                                        */s/Sarah M. Burke*
                                        Sarah M. Burke
                                        Assistant State's Attorney

Case 1:08-cv-01557   Document 31   Filed 06/24/2008   Page 2 of 3

## SERVICE LIST

**Jon F Erickson**
Erickson and Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, IL 60640

**Michael Oppenheimer**
Erickson and Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, IL 60640

**Allen Duarte**
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 South Dearborn Street
6th Floor
Chicago, IL 60603

**Megan Kelly McGrath**
City of Chicago (30 N LS)
30 North LaSalle Street
Chicago, IL 60602

**Gail Lynne Reich**
City of Chicago
30 N. LaSalle Street
1400
Chicago, IL 60602