BR

Please Judge James B Zagel
copy

Paul Smith
V                                           8.C.1557
Counselor Tuckett                    Honorable Judge
Cook County Sheriff/Supt/      James Zagel

FILED
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion to Reply to Notice of filing or
And docket from 7-2-08 @

Plaintiff Recieved A Motion on 6-24-08. Notice of filing. Plaintiff Would State following facts. Dec, 2006 Plaintiff Would State following facts. Plaintiff Was Attacked And Stabb- Plaintiff Constitutional Rights had been Violated because Plaintiff tryed to Avoid being Stabbed, but had his Constitutional Rights Violated by Counselor Tuckett who knew before before day of Stabbing that Plaintiff had filed A grievance And Asked to be Moved from teir before Stabbing. Plaintiff Also Wrote A Note to div Supt Asking to be Moved, but was dennied for Whatevery Reason. State Actor knew from Plaintiff. before Stabbing Stabbing Cook County Sheriff Was not on his Job. After being told by Plaintiff of theats Made At Count time. Sheriff Respond Was he Was Counting. Plaintiff Waited for Count to Clear. But did not here from Sheriff or And Sheriff Supervisers. Plaintiff Went in day Room to Sheriff Post/Watch to Pursue getting help. Sheriff Post Was empty no Replacement As obligated to. Small Note. Theres no offenders Apprehended.

Plaintiff was going to return to cell for safety but was stopped beaten and stabbed twice in the face and had to recieve several stitches from Cook County Cermack Med unit. Plaintiff was left bleeding unaware of the possibility of being stabbed to death, they just had killed someone in div 11. My family couldn't beleave what happen, I couldn't eat for several days. Sheriff failed the nature of his obligation/duty, by not being on his post nor having someone replace him. Plaintiff argue, State actors Mr. Puckett and div Supt. and Sheriff knew before stabbing of theats and did nothing to prevent or and interview. Plaintiff entered as a exhibit a grievance with state actor signture stating he had refel the request to be moved before stabbing to Supt. And a notry from law library requestin div Supt to move me before stabbing. The grievance has state actor Mr. Puckett signuture, the notery was notrized by div 1 law librar___. State actors failed there nature of duty obligation. Plaintiff 4 Amendment right to be secure in there person, 5 Amend deprived of liberty, 7 Amend rules of commen law, 8 Amend cruel and unusual punishments, 9 Amend rights retained 13 Amend any place subject to their jurisdiction 14 Amend equal protection.

Pope V. Shafer. CA 7 il 1996  86 f. 3d 90
falls V. Nesbitt C.A.5 CARK) 1992, 966 f.2d 375
Williams V. Mueller CAS Mo 1994. 13 f. 3d 1214

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES B. ZAGEL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1557 | DATE | 5/19/2008 |
| CASE TITLE | Paul Smith (#B-52357) vs. J.H. Stroger, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's requests for summonses [# ] is denied. Discovery materials are not obtained by way of motion or summons. Rather, the plaintiff should serve discovery requests upon defense counsel once an attorney enters an appearance for the defendants. *See* Fed. R. Civ. P. 26. The court does not become involved in the discovery process unless unresolvable conflicts arise between the parties.

*Reply to Docket, Hearing on: 7-2-08 ⓑ*

■ [Docketing to mail notices.]

---

*The Above facts was Sent to me 5-19-08 After filing Attached Motion to Summon this Court for Med Records from Cermack health Care 2800 S. Cail Plaintiff Recieved Stitches there on Same day of being Stabbed Plaintiff Made this Attempt to Present the exact date of Stabbing to Court. This Court Order in Above facts Are Wait to Request from defense Counsel once Appointed unless Unresolvable Conflicts.*

| | mjm |
|---|---|

Page 1 of 1

*Mernard can be noterfyed summary I only Sent one copy of Dockett And motion Mernard is on lock down Since June 2.*

Defense Attorney Copy

Paul Smith v. C.C. Sheriff
08-C-1557 / 5-6-08

RECEIVED
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Court Clerk:
Motion for Summons

Plaintiff would like to petition Clerk for following.

Ⓐ Four Summons/USM 285 to Summon for Med Records from 2800 S. California Ave Chicago, il 60608 Cermack Health Care Records from 11/6 and 12/06.

Ⓑ Four Summons/USM 285 to Summon Cook County Jail 2600 S. California Ave Chicago, il 60608, for any Reports Written by Cook County Sheriff about incident to Show no Disciplinary Report had been written because I have to Prove Police/Sheriff was not at Post. If He was there would be a Report and offenders Apprehended. Sheriff Never Call Noone to Cover Post if on Break/Restroom Etc.
Sheriff Rule Book    8 Summons/USM 285

[signature]

Paul Smith
vs
Cook County Sheriff
Supt / Counselor Puckett

Case # 8-C-1557

    Defendant would like to Petition this Court for a Judgement Summary, After State Answer Motion to interrogate...

    Will this Court Please grant a Summary After State Answers the Motion to interrogate.

Page One/Cover Page
Request for A Summary Judgement
8:C:1557

This Court has found Merits in Case 8:C:1557. Complaintiff States A Colorable Cause of Action 28 U.S.C./1915A.

Plaintiff Request A Summary Judgement of the following facts Under Article 4 Section 4; A guarantee of A Republican form of Goverment. State Actors by the Preponderance of Evidence knew before Stabbing to Remove defendant from teir. State Actors Also failed the Nature of duty/obligation by not being At Post or And having A officer Replace him if on break etc. State Actor's Supervisor And Counslor did not Respond on time, After being Aware. Neglagence deliberate indifference.

## I/ Summary

Mr. Puckett Signature on this document in exhibit @ Means or And State.

(a) He being A State Actor Nature of duty/obligation Means he became the State Actor Responsable to bring Resolution to facts Stated in grie Vance. It is well established that State Actor Must take Reasonable Steps to Protect inmates from Assault, Birch V. Jones, Goka V. Bobbitt, 862 f. 2d 646, 649.

The Nature of Complaint:
The facts outline in grievance was Plaintiff had been Assaulted before on the teir And feared being Stabbed, because theats had been Made toward Plaintiff that if he told Sheriff About being extorted he would be killed/Stabbed. Plaintiff informed State Actors, they Never Respond.

(b) If State Actor Mr. Puckett turned griev Ance then the Supt. would be Responsable for Not taking Reasonible Steps. If Mr. Puckett did not do his Job As State Actor, Notifying the Right Person. Then He be-

Come Sole Responsible, He Sould have Admitted Refel to Supt.

The grievance procedure At Cook County Jail As of Nov/06 Was/is When filing A grievance. A Complaintant, Must fill out grievance, Mail it in to Counselor or And hand it in, either the Counselor Will hear it or Refel it to Cheif or Supt. But to Assure State Actor Awareness of Complaint And Content, All grievance has A four Page Pack. White Copy/Program Yellow copy/Counselor Pink copy/Detainee Gold copy/Supt. The Counselor Signs each Page, to Assure You that they Are Aware of Your Complaint And Return the Pink detainee Copy to detainee.

Plaintiff have entered As exhibit Ⓐ The Pink Copy With Counselor Puckett Signature on it, Confirming State Actors knew And did Not take Reasonable Steps for Whatever Reason. Resulting in A injury And two Stabb Wounds to Plaintiff face Scars Cant be Repaired.

## II/Summary
### Sheriff Nature of duty/Nature of obligation:

(9) Plaintiff Proceeds that Cook County Sheriff Nature of obligation/duty, Sheriff Assigned to A Post Control time obligate him to Remain At Post, however, they Are Allowed A break, but they Cant leave Post Without A Replacement. At No time Are Sheriff Allow to leave Post Without A Replacement.

The Preponderance of Evidence Sould Summaries, that the Assigned officers Was Not At his Post or And did Not follow Protacal by having A Release if he took break leave. Or Either inored Attack All together but Sheriff Wasn't on Post Neither had A Replacement. Plaintiff looked for Sheriff After Reporting At Count time that there Were Knives on teir And gang members may try And Stab Plaintiff. Sheriff Stated he Was Conducing his Count And would talk to Me later I don't Remember if those Were his exact Words. About my Statement to him, but he Stated later he Was Counting. After Count Plaintiff Wanted to Reassure the Safty, came out of Cell

officer was not at Post, or on Catwalk. Then Attack happened. I later found out they over-heard me at count time telling Sheriff about knives. I'm glad I came out of cell. I could have been killed. If Sheriff was at Post or and had a release to take a leave. The Attack happened every bit of 17-20 min, then I was stabbed. Sheriff could have prevented or intervened. If Sheriff were at Post, they also would have offender apprehenders. Plaintiff further argue that it is Cruel and unusual punishment. Right to be protected from harm, from his fellow inmates. Falls v Nesbitt, 966 f.2d 375. Williams v. Mueller 13 f.3d 1214. State Actors deprived Plaintiff of liberty to be Secure 14 Amend. 4 Amend Right to be Secure in there person. SS McGown v. il Sheriff failed the nature of duty by not being on Post, or and having a Replacement if break/leave

## III / Summary

Crime Control Act in/of Cook County

(a) Under the 4th Amend right to have person secured It is necessary to consider the particular premises of div one, Where upon Sheriff having Joint Access or And Control Theres no off limits of Surveillance from Post. The veiw from Post Make it possible for Any Sheriff on duty to observe dayroom Shower Area Kitchen Utilierty Room hall. The Control time for Cell Surveillance is/was every 10-15 min. These two combanation Suppose to set exclusive Crime Control;

(a) A Sheriff is on his/her Post When every detainees Are Allowed Out of the Cell And granted Access to the dayRoom, Shower, Kitchen Utilierty Room And halls. Sheriff Access to Cell by Catwalk.

(b) A Sheriff Replacement before leaving Post for Breaks, And going home.

(c) If Sheriff/State Actors investergate And timely Respond to Any Call/cry Request Warning for help.

Plaintiff was left unattended to on day in question which left it possible for inmates to either gain access to C-4 teir or and detainees on teir to Attack Plaintiff. Plaintiff was knocked unconcious and did not see who Attacker were. But was willing to tell Sheriff who I saw earily treaten with knives Plaintiff had to be out for 17-20 min. After being hit with a shower brush. Blood was all over. Plaintiff came around and walked to day room. Were someone Allomous got help from Post on other side. State Actors could have got involved. And had me move or and secured, before stabbin. If Sheriff was doing Surveilance, he/she could have prevented or intervein. Small note: Theres no off limits of Surveilance from Sheriff Post and where detainees are granted access.

## IV/ Summary
### Noterized letter to Supt:

Plaintiff entered As Evidence/Exhibit(b), A letter to Supt. or And chief Asking to be Moved from teir because Plaintiff feared being Stabbed. Plaintiff Argue Why Supt did not Respond in A timly Matter. All Mail that is put in the instution Mail Room With the exception of letter to the Supt And Counselor Are Sent to the Mail Room. But Mail to the Supt is took from teir Box And put directly into the Supt Mail box, by A Sheriff on duty. State Actor Were informed but didn't Reply.

(a) Did State Actors inore/delibrate indiffance, the Request for help.

(b) Did Sheriff/State Actor on duty give letter to Supt. If he didn't there system is negligent State Actors Are negligent And become liable.

(c) Plaintiff tryed to get help before being Stabbed Sending letter to State Actors Making them Aware, Plaintiff had no other Way to get help, After failed Attempt to get help from Sheriff And Counselor.

## Ⓥ Summary
### Constutional Rights Where depraved
### 1, 4, 8, And 4, 9 Proof And Evidence.

State Actor Are Required by the Above Amends. to Secure A Person in there Custody from being Attacked by other Inmates. Lewis V. Richards, C.A.7 (Ind) 1997, 107 F.3d 549. State Actors did not Comply to this Rule. Resulting in Plaintiff being Stabbed twice in the face.

If Court Weight And examining the evidence. ⓐ Exhibit: grievance Sent to State Actor the Counselor Signature Confirming State Actor Were Aware. grievance Were Also Refeled to State Actors Supervisor. div supt. ⓑ Exhibit: A letter Written to supt, Informing supt or And Cheif, With A law Librarary Notery. ⓒ Exhibit State Actor Sheriff that Was Suppose to be on duty, do not have Any ideals of offenders. The View from Post Make it Possible for Any Sheriff on duty to observe day Room, Shower Area, Kitchen Utlierity Area, And halls And Cell Surveillance. Staff did not Respond in the color Code of law. Making it impossible for Plaintiff to be granted his Constutional Rights to be Protect While in State Actors Custody. Which lead/or And Which is the only Reason Plaintiff Was Stabbed twice in

the face. Had State Actors conducted the correct or enforced the Rules offenders would not had access to a weapon. Had State Actors been conducting the Right Surveillance from Assigned Control Post, State Actor Sheriff would have been able to Intervein/Prevent the stabb because Plaintiff was beaten before being stabb— Sheriff would have offenders Apprehended. Plaintiff 9 Amend was Violated State filed, deny Right Retained by Plaintiff. Plaintiff is in state custody but still have certain Rights If State Actor deliberate indifferented Plaintiff by inore the grievance. State Actor Sheriff were not at Post, Plaintiff was Attacked And then Stabbed twice in face. Nature of duty obligation Amend 9 Rights Retained 14,8,4. Sheriff filed there obligation or And Someone is Running A illegal or unsecure Jail. No detainee is suppose to be constitutionally be without a guaranteed Right to be Secured. I Wouldn't think it is Running A illegal Jail, It had to be due to failer of the Nature of duty of one officer. State Need to Present evidence that Plaintiff did not tell State Actors Sheriff, Supt. Counselor that he was treaten. Why Wouldn't he not let them know, that there was a possibility that he would be stabbed, it don't make sense. State Actors Need to Present evidence that a Jury could see that Plaintiff had not been Stabbed While in

State Custody. That State Actors Med Personal Must have Made false Records that Plaintiff had to Receive Stitches And Injuries Appreded to be Stabb Wounds. Plaintiff Will Summon doctor from Cermack health Care. Evidence of Why letter to Supt was not Answered. Cook Sheriff, Would have to explain Why he didn't follow Protercal. Once Asked by Plaintiff to be Moved from Wings because he was theaten by fellow inmates, Who had Knives. Sheriff Also would have to explain Why Wasn't there Any offenders Apprehended or And tickets Wrote if he had been on his post or And had Some one to Replace him, If on break, Which is the only Reason he is Alowded to leave his Post. When detainees Are granted Access to day room, yard Etc. Sheriff Was Not on Post, there fore State is left without Account of What happen. And Can't legal Ague Against the facts in Case. State has to give A Account of All Negligance. Watch Post is Created to Surveillance each detainee within 2.7 Seconds When detainees Are granted Access to day room or And out of cell Attack And then Stabbing Was Well over 17 min Sheriff Assigned to Wing Can Answer to the Jury that he found out I had been Jumped on And Stabbed.

## Relief Summary only

Plaintiff would Re-offer his original Relief Request from $1,500,000.00 to $275,983.⁵⁰

This is for Punitive damages for not being granted My Constituti— Rights, Pain & Suffin— Emotion Stress, Cuts on My face that Can't be Repaired, Swelling Couldn't eat for A Numbers of days.

This offer is only for Judgement Summary:

Jury: Yes
Date: 7-22-08
Signature: [signed]
Print: Paul Smith
Id: 352357
Address: P.O. Box 711
Menard. 62259
Menard il CCRR Center

Paul Smith
v                                    8·C·1557
Cook County Sheriff     Hono Judge
Supt. Counselor Tuckett   James B. Zagel

### Motion to interrgate defense Counsel.

(a) Plaintiff Would like to interrgate defense for Verification from Mr. Tuckett that his Signature is on grievance filed before Stabbing or a Written Signature so expert witness can compare.

(b) Plaintiff Would like to interrgate defense Counsel for a explaination of the Mail System at Jail. Plaintiff Sent a letter thur Jail. With a Law Library Notery Asking Supt of div to Remove Plaintiff before being Stabbed. Plaintiff Need to show Negligance to Mail System And State is liable.

(c) Plaintiff Would like to interrgate defense Counsel for All Written Reports of Incident.

(d) Plaintiff Would like to interrgate the defense Counsel for, how long do it take for a Cook County Sheriff Respond team to Respond

once officers on Post Notice Any unoffice behavior.

(e) Interrogating for Sheriff on duty Alibi of Why he didn't Respond.

(f) Interrogate for Sheriff on duty on C-4 3-11 Shaft. Date of Attack And Div Supt Name Dec 2006, The date Can be learned from When Plaintiff had to Recieve Stitches from Cermack health Care. Plaintiff Interrogates for Dec, 2006 Med Records from Cermack health Care.