F I L E D

Aug 4, 2008

AUG 4 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Paul Smith
Vs.
C.C. Sheriff/Sut./Counselor                    /8·C· 1557

Motion to State fact for Plaintiff
ANSWER for A Summary...

① State/Defense Argument Would only be unincor-
porated or And Without A legal body.

I. State Actors Cannot or And do Not have A legal
Arguement that State Actors Were Not Aware of
the Plaintiffs Request to be Moved before
being beaten; Stabbed twice in the face. State
Actors/Defense Cannot Produce Any legal
evidence/or And Arguments only hear·say
if they choose to Argue they Were Not Aware.
Plaintiff Would Request for Any testimonies
to be Verifed by Witness only, State Attonies
Cant Serve As A Witness. No Witness bar
Any hear·say or And All hear·say.