# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1557 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Paul Smith (B-52357) vs. Cook County Sheriff, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to reply to notice of filing [35] and motion to state fact [36] are construed as Plaintiff's more definite statement. The Clerk is directed to terminate it as a motion. Defendants' responsive pleading to the amended complaint and more definite statement is to be filed within 21 days of this order.

[ For further details see text below.]      Docketing to mail notices.

**STATEMENT**