MHN

Paul Smith                          Honorable
V. Cook County Sheriff    / Judge James B
Supt. And Counselor Puckett / Zagel (08cv1557)
              Motion to Request
              for Copies...

FILED
LCW
AUG 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff Would like to Request for two Copies each of the documents described in this Motion, on 4-29-08 Plaintiff Mailed in Three Amend Complaints with the Judge Copy Plaintiff Attached A Noterized letter that was Copied And Sent to the Supt of div one Requesting to be Moved before being Stabbed. And A detainees Copy of A grievance Sent to Counselor Puckett the Pink Copy With Counselor Puckett Signature indicating State Actors Awareness of Plaintiff Request to be Moved before being Stabbed. The Copies Are needed to Complete the Amend Complaints. Menard was on lock-down Making it impossible for Plaintiff to get Copies here At Menard.