## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PAUL SMITH, ) | |
| ) | |
| Plaintiff, ) | 08 C 1557 |
| ) | |
| v. ) | Honorable Judge |
| ) | James Zagel |
| COOK COUNTY SHERIFF, SUPT, ) | |
| UNKNOWN OFFICERS, ) | |
| COUNSELOR PUCKETT, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO:  Mr. Paul Smith
     B-52357
     Menard - MND
     P. O. Box 711
     Menard, IL 62259

PLEASE TAKE NOTICE that on this 4th Day of September 2008, I caused to be filed with the United States District Court for the Northern District of Illinois, *DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT*, a copy of which is attached hereto and served upon you herewith.

                              Respectfully submitted,
                              RICHARD A. DEVINE
                              State's Attorney of Cook County
                    By:       */s/Sarah M. Burke*
                              Sarah M. Burke
                              Assistant State's Attorney
                              500 Richard J. Daley Center
                              Chicago, IL 60602

### CERTIFICATE OF SERVICE

I, Sarah M. Burke, Assistant State's Attorney, hereby certify that I mailed copies of the aforementioned to the above person by placing them in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois, 60602, postage prepaid on September 4, 2008.

                              */s/Sarah M. Burke*
                              Sarah M. Burke
                              Assistant State's Attorney

Case 1:08-cv-01557   Document 41   Filed 09/04/2008   Page 2 of 2